# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00343-GCM

GARED QUESADA,
LORENA QUESADA,

    Plaintiffs,

v.

GREEN CIRCLE SOLUTIONS, INC.,
ALEX ALLISON,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Mason Herring (Doc. No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Herring is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs Gared Quesada and Lorena Quesada.

**IT IS SO ORDERED**.

Signed: April 14, 2021

Graham C. Mullen
United States District Judge