# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00343-GCM

| | |
|---|---|
| GARED QUESADA,<br>LORENA QUESADA,<br><br>   Plaintiffs,<br><br>v.<br><br>GREEN CIRCLE SOLUTIONS, INC.,<br>ALEX ALLISON,<br><br>   Defendants. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The Court entered an Amended Scheduling Order (ECF Doc. 15) on April 28, 2021, granting the parties' Consent Motion and Amended Scheduling Order (ECF Doc. 14). The Court did not reset the trial in this matter at that time. Accordingly,

**IT IS THEREFORE ORDERED** that the trial in this matter is reset to the January 24, 2022 term in the Charles R. Jonas Federal Building, 401 W Trade Street, Charlotte, NC 28202 before Senior Judge Graham C. Mullen.

  **SO ORDERED**.

Signed: July 26, 2021

Graham C. Mullen
United States District Judge